# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## ON MOTION FOR REHEARING

## NO. 03-17-00327-CR

**Timothy Anthony, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 4 OF TRAVIS COUNTY
### NO. D-1-DC-12-907260, HONORABLE MIKE DENTON, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

We withdraw our opinion and judgment of July 18, 2017, and reinstate the appeal.

Appellant Timothy Anthony filed a motion for rehearing from our opinion dismissing this appeal on his motion. *See* Tex. R. App. P. 49.1. His motion for rehearing acknowledges that he and his appointed counsel filed the motion to dismiss, but notes that he subsequently filed a timely motion for new trial and timely pro se notices of appeal that are reflected in a supplemental clerk's record. It is a common practice for defendants to file pro se notices of appeal. *Thomas v. State*, 286 S.W.3d 109, 113 (Tex. App.—Houston [14th Dist.] 2009, no pet.). Courts may ignore pro se motions when the defendant has appointed counsel, but they are not required to do so. *See, e.g.*, *Smith v. State*, 17 S.W.3d 660, 661 (Tex. Crim. App. 2000) (noting that pro se notice of appeal

was filed before appointment of appellate counsel); *Thomas*, 286 S.W.3d at 113 (refusing to disregard pro se notice of appeal although appellant had appointed counsel).

Having considered the motion, the response, and the record, we grant the motion for rehearing and reinstate this appeal. *See* Tex. R. App. P. 49.3.

It is ordered December 14, 2017.

Before Chief Justice Rose, Justices Pemberton and Goodwin

Do Not Publish